# UNITED STATES DISTRICT COURT
## District of Minnesota

Wilber Fernando Aguilera-Alvarez,

Petitioner,

v.

Warden/Facility Administrator, Field Office Director, David J. Venturella, Markwayne Mullin, Todd Blanche,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-4266 JMB/DLM

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents are ORDERED to release Petitioner Wilbur F. immediately, without conditions, and in any event no later than 4:00 p.m. CT on October 8, 2026.

2. Respondents detained Wilbur F. pursuant to 8 U.S.C. § 1226(a), and the provisions of this section apply to Wilbur F.

3. The provisions of 8 U.S.C. § 1226(c) do not apply to Wilbur F.

4. Wilbur F.'s continued detention violates the Due Process Clause of the United States Constitution.

5. On or before 11:00 a.m. CT on October 9, 2026, counsel for Respondents shall file a letter affirming that they have released Wilbur F.

6. On or before 11:00 a.m. CT on October 9, 2026, counsel for Respondents shall also file a declaration pursuant to 28 U.S.C. § 1746 by an individual with personal knowledge that states when and where the Petitioner was released, attaches any and all documentation concerning the Petitioner's release, and affirms with supporting documentation that all property of Petitioner was returned to Petitioner upon release (or, if property is retained, state which property is

retained, the legal basis for its retention, and affirm that Respondents duly provided Petitioner with certified copies of any and all immigration-related documentation). Respondents must submit each of the following three forms to affirm return of Petitioner's property: I-77, I-216, and G-589. If Petitioner's property is lost, Respondents must also submit form I-387, "Report of Detainee's Missing Property." If Respondents cannot provide one or more of these forms, Respondents must address why they are unable to do so.

7. Wilbur F.'s request for a Temporary Restraining Order (Doc. No. 2) is DENIED as moot.

Date: 10/7/2026

KATE M. FOGARTY, CLERK